in which Gustav Lange and another appeal. G. Lange, Jr., for appellants. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal when accounts of receiver shall have been adjusted. Order filed. See, also, 119 N. Y. Supp. 1121.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the application of the Co-operative Law Company, for approval of the existence of said corporation, etc.

PER CURIAM. Motion granted, on the authority of the Matter of the Associated Lawyers' Company, 134 App. Div. 350, 119 N. Y. Supp. 77 (First Department, October, 1909). See, also, 133 App. Div. 931, 118 N. Y. Supp. 1101.

JENKS, J., concurs, but on the ground that the order should be vacated, because it was made before the statute in question went into effect.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the Co-operative Law Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Motion to suspend the operation of the order vacating the order of June 18, 1909, pending appeal, granted. Settle order before Mr. Justice Burr. See, also, supra.

COTTONWOOD CREEK CO. v. KUEHNER (two cases). (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by the Cottonwood Creek Company against Robert Kuehner. No opinion. Motions denied. Orders filed. See, also, 119 N. Y. Supp. 1121.

COULBY, Respondent, v. LAMPHERE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Frank R. Coulby against Fred Lamphere. No opinion. Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant.

COURTNEY, Respondent, v. McARDLE, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by George L. Courtney against Patrick J. McArdle.

PER CURIAM. Interlocutory judgment affirmed, with costs.

CHESTER, J., not voting. COCHRANE, J., not sitting.

COUSINS et al., Respondents, v. SCHLICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Thomas Cousins and another against Edward F. Schlichter. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 899.

CREATORE, Respondent, v. CREATORE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Anna Creatore against Joseph Creatore. W. J. Carey, for appellant. R. B. Knowles, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CUBA v. DRUSKIN. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Isidor Cuba against Louis Druskin. No opinion. Motion granted. Order filed. See, also, 120 N. Y. Supp. 381.

In re CURTISS. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of Julia M. Curtiss. No opinion. Application denied. Settle order on notice. See, also, 119 N. Y. Supp. 556.

CZIBILISKY, Respondent v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by William Czibilisky against the Solvay Process Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the finding of the jury that the defendant was guilty of negligence which caused the accident was contrary to and against the weight of the evidence.

McLENNAN, P. J., concurs in result, on the ground that as matter of law the defendant was not shown guilty of any negligence.

DAIGNEAULT, Respondent, v. HUDSON VALLEY RY. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Wilfred Daigneault against the Hudson Valley Railway and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, that the verdict may be reduced to $1,000, in which case the judgment, as so modified, is affirmed, without costs.

DAILY v. PRESS PUB. CO. (two cases). In re FAIRVIEW AVE. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by William H. Daily against the Press Publishing Company. In the matter of Fairview Avenue. No opinions. Motions granted, with $10 costs. Orders filed.

DARROW, Appellant v. LEE, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Adelbert E. Darrow against Charles Lee. No opinion. Judgment and order unanimously affirmed, with costs.

DAYTON, Respondent, v. ELIXMAN, Appellant, et al. (Supreme Court, Appellate Division, Third Department. December 30, 1909.)

Action by Alice M. Dayton against Theodore Elixman, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs.

COCHRANE, J., dissents.

DEAN v. HORNBOSTEL et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by William M. Dean against Edward Hornbostel and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., dissents.

DE BRIOU, Respondent, v. BUSCH, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Corrine B. De Briou against Clarence M. Busch. W. R. Osborn, for appellant. M. Rosenbluth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to move at Special Term for additional security. Order filed.

DEE, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Catherine M. Dee against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

DE FORD, Appellant, v. KINNE & KINNE CO., Respondent.. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Thomas De Ford against the Kinne & Kinne Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

DE FORD, Appellant, v. KINNE & KINNE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Thomas De Ford against the Kinne & Kinne Company. No opinion. Judgment affirmed, with costs.

In re DE GROOT. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the application of William A. De Groot for a writ of mandamus, etc.

PER CURIAM. Order of the Special Term modified in the following particulars: Ballot Exhibit No. 20 is a void ballot, and should not have been counted for James McLaughlin. Ballot Exhibit No. 36 is a void ballot, and should not have been counted for William A. De Groot. Ballot Exhibit No. 29 is a void ballot, and should not have been counted for James F. McLaughlin. Ballot Exhibit No. 42 is a void ballot, and should not have been counted for James F. McLaughlin. The order, in so far as it is appealed from, as so modified, should be affirmed, without costs to either party, and a recount had in accordance with this decision. See, also, 119 N. Y. Supp. 1123.

DEITSCH et al., Respondents, v. MARTIN & BOWNE CO. et al., Appellants. (Supreme

Court, Appellate Division, First Department. December 24, 1909.) Action by Charles Deitsch and another against Martin & Bowne Company and another. C. H. Studin, for appellants. J. J. Levy, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

DELANY, Appellant, v. CARPENTER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by William R. Delany against Anna M. Carpenter and Harry N. Bennett. No opinion. Judgment, in so far as appealed from, affirmed, with costs, on the motion of Mr. Justice Tompkins at Special Term. 62 Misc. Rep. 416, 114 N. Y. Supp. 990.

In re DEL GENOVESE'S WILL. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the probate of the last will and testament of Virgilio Del Genovese, deceased. No opinion. Decree (56 Misc. Rep. 418, 107 N. Y. Supp. 1033) of the Surrogate's Court of Kings County affirmed, with costs.

DELL, Respondent, v. FLETCHER et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. December 10, 1909.) Action by Emerson C. Dell against Arthur A. Fletcher and another. No opinion. Judgment modified, by deducting from the amount awarded to the plaintiff $16.16, as of the date of the decision, and, as so modified, affirmed, without costs of this appeal to either party.

DENNY, Respondent, v. LAKE ONTARIO & BAY OF QUINTE STEAMBOAT CO.. Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by George J. Denny, as administrator, etc., against the Lake Ontario & Bay of Quinte Steamboat Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

DENSMORE, Respondent, v. DENSMORE, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Alice V. Densmore against Darsa J. Densmore. C. Gignoux, for appellant. M. Leon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DEVLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Joseph Devlin against the Brooklyn Heights Railroad Company. D. A. Marsh, for appellant. J. M. Ward, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON and SCOTT, JJ., dissent.

DIETERLEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme